IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:05cr69/MCR

STEPHEN MICHAEL ALFORD

_____

FINAL ORDER OF FORFEITURE AS
TO DEFENDANT STEPHEN MICHAEL ALFORD

WHEREAS, in the Indictment in the above-entitled action, the United States sought the criminal forfeiture from defendant, **STEPHEN MICHAEL ALFORD**, pursuant to Title 18, United States Code, Section 982(a)(2), of his interest in any and all property, real or personal, involved in said offenses, or traceable to such property, in violation of Title 18, United States Code, Section 1956(h).

AND WHEREAS, on or about October 7, 2005, defendant, **STEPHEN MICHAEL ALFORD,** was found guilty by a jury of all charges in said superseding indictment, including Counts Fourteen and Sixteen through Thirty-two, and thereafter, **STEPHEN MICHAEL ALFORD** stipulated on the record in open court that $3,539,330.76 in United States Currency was property involved said offense, thereby waiving his right to submit the forfeiture issue to the jury by way of Special Verdict of Forfeiture. On or about November 2, 2005, this court entered a Preliminary Order of Forfeiture forfeiting all of **STEPHEN MICHAEL ALFORD's** rights and interest in the said $3,539,330.76.

AND WHEREAS, by virtue of said guilty verdict and **STEPHEN MICHAEL ALFORD's** stipulation of forfeiture relating to said currency, the United States is now entitled to possession of said currency, pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Rules 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **STEPHEN MICHAEL ALFORD's** right, title and interest in the currency described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **STEPHEN MICHAEL ALFORD** for all purposes.

2. That the currency which is subject to forfeiture in this Order is as follows:

**THREE MILLION FIVE HUNDRED NINETY-THREE THOUSAND, THREE HUNDRED THIRTY AND 76/100 DOLLARS ($3,593,330.76) IN UNITED STATES CURRENCY**

3. That the United States shall dispose of said currency in accordance with law or further Order of this Court.

**IT IS SO ORDERED** this 1st day of March, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**