IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:05cr69/MCR

STEPHEN MICHAEL ALFORD

### ORDER APPLYING SEIZED ASSETS TO RESTITUTION

Before the Court is the Consent Motion to Apply Seized Assets to Restitution, which was filed by the United States of America on or about February 27, 2006. The Court, finding that all parties agree with and approve said motion, and finding that said request is fair and reasonable and in the interest of justice;

IT IS HEREBY ORDERED, that:

(1)   The Consent Motion to Apply Seized Assets to Restitution is granted;

(2)   The United States Marshals Service has in its custody twenty five (25) pieces of fine jewelry, numerous items of custom-framed fine art, and thirteen (13) bronze statues, which were seized from defendant Stephen Michael Alford. The Marshal is hereby directed to sell said items of fine jewelry and art, and after deducting the costs associated with the seizure, custody and sale of said items, to turn the net proceeds of said sale over to the Clerk of this Court to be applied against any restitution ordered to be paid by defendant Stephen Michael Alford.

**IT IS SO ORDERED** this 1st day of March, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**