### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                   **Case No. 3:05cr69/MCR**

**STEPHEN MICHAEL ALFORD**
_____/

### FINAL ORDER OF SUBSTITUTE FORFEITURE AS
### TO ALL PERSONS OR ENTITIES

WHEREAS, on March 1, 2006, the Court entered a Final Order of Forfeiture As To Defendant **STEPHEN MICHAEL ALFORD,** pursuant to the provisions of Title 21, United States Code, Section 853, of his interest in any and all property, real and personal, involved in said offenses, or traceable to such property, in violation of  Title 21, United States Code, Section 853, to wit: $3,593,330.76 in United States currency;

AND WHEREAS, on March 01, 2006, the Court entered an Order Forfeiting Substitute Property with regard to the below described property belonging to **STEPHEN MICHAEL ALFORD;**

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Daily News March 27, 2006, and of the intent of the United States to dispose of the substitute property in accordance with Title 21, United States Code, Section 853, and  further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no claims or petitions, have been filed for the property described below and  in the Order Forfeiting Substitute Property**,** entered March 1, 2006, and the time

for filing petitions expired on April 26, 2006, thirty (30) days after the  publication on March 27, 2006, pursuant to Title 21, United States Code, Section 853(n); Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.      That all right, title and interest to the hereinafter described property is condemned, forfeited and vested in the United States of America.

2.      That the property which is subject to forfeiture in this Order is as follows:

**1.      One 2005 GMC Yukon Denali; and**

**2.      One 2004 Chevrolet Tahoe.**

3.      That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on March 1, 2006, and said forfeiture is now final.

4.      That  the United States Marshal shall dispose of said property in accordance with law.

**IT IS SO ORDERED** this 27th day of February, 2007.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**


Case No.: 3:06cr69/MCR