IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 3:05cr69/MCR

**STEPHEN MICHAEL ALFORD**
_____/

## ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the United States' motion to forfeit certain property of the defendant **STEPHEN MICHAEL ALFORD** in substitution for the $3,593,330.76 money judgment agreed upon in open Court on October 7, 2005, and the Preliminary Order of Forfeiture, forfeiting said currency to the United States.  Having reviewed the Government's motion and considering the relevant evidence presented at trial, the Court hereby, FINDS that the defendant **STEPHEN MICHAEL ALFORD** has transferred, deposited into the name of the third parties, or otherwise disposed of the $3,593,330.76 in forfeited proceeds or that said forfeited proceeds cannot be located upon the exercise of due diligence;

WHEREFORE, IT IS HEREBY ORDERED that:

All of defendant **STEPHEN MICHAEL ALFORD'S** interest in a Remington, Model 522 Viper Rifle with Scope is hereby FORFEITED to the United States in partial substitution for the $3,593,330.76 forfeiture judgment.

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said property pursuant to Title 21, United States Code, Section 853(n);

IT IS FURTHER ORDERED that upon adjudication of all third party interests, the United States shall dispose of all above substitute property in accordance with law.

**IT IS SO ORDERED** this 7th day of March, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**