### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.  3:05cr69/MCR
  3:09cv335/MCR//EMT

STEPHEN MICHAEL ALFORD
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2010.  (Doc. 281).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (doc. 280) is **GRANTED**.

3. This § 2255 action is **DISMISSED** without prejudice.

**DONE AND ORDERED** this 16th day of February, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**